**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 19-60045-pmb |
| Tiffany Porch-Pope | § | |
| *aka Tiffany Porch* | § | Adversary Proceeding No. 19-05359-pmb |
| *aka Tiffany Pope* | § | |
| Debtor | § | |
| | | |
| Melissa J. Davey, | § | |
| Chapter 13 Trustee, | § | |
| Plaintiff | | |
| | § | CONTESTED MATTER |
| v. | § | |
| Carvana, LLC | § | |
| Defendant | § | |
| | § | |
| | § | |

**<u>ANSWER</u>**

COMES NOW, Carvana, LLC, Defendant herein (Carvana) and makes and files it's Answer as follows:

**1.**
Admitted.

**2.**
Admitted.

**3.**
Admitted.

**4.**
Admitted.

**5.**
Admitted.

**6.**
Admitted.

**7.**
Admitted.

**8.**

Admitted.

**9.**

Admitted

**10.**

Admitted

**11.**

Admitted

**12.**

Carvana reiterates and incorporates by reference its previous responses.

**13.**

Paragraph 13 calls for a legal conclusion and Carvana therefore denies the same.

**14.**

Paragraph 14 calls for a legal conclusion and Carvana therefore denies the same.

**15.**

Paragraph 15 calls for a legal conclusion and Carvana therefore denies the same.

**16.**

Paragraph 16 calls for a legal conclusion and Carvana therefore denies the same.

**17.**

Paragraph 17 calls for a legal conclusion and Carvana therefore denies the same.

**18.**

Carvana reiterates and incorporates by reference its previous responses.

**19.**

Paragraph 19 calls for a legal conclusion and Carvana therefore denies the same.

**20.**

Paragraph 20 calls for a legal conclusion and Carvana therefore denies the same.

**21.**

Paragraph 21 calls for a legal conclusion and Carvana therefore denies the same.

**22.**

Paragraph 22 calls for a legal conclusion and Carvana therefore denies the same.

**23.**

Admitted.

**24.**

Paragraph 24 calls for a legal conclusion and Carvana therefore denies the same.

**25.**

Carvana reiterates and incorporates by reference its previous responses.

**26.**

Paragraph 26 calls for a legal conclusion and Carvana therefore denies the same.

**27.**

Paragraph 27 calls for a legal conclusion and Carvana therefore denies the same.

**28.**

Paragraph 28 calls for a legal conclusion and Carvana therefore denies the same.

**29.**

Denied.

This the 8th day of January 2020

    Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, GA Bar 486588
Attorney for Respondent
180 Interstate N Parkway Ste 200
Atlanta, GA 30339
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a copy of **ANSWER** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Tiffany Porch-Pope
7480 Parkland Bnd
Fairburn, GA 30213

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Delaycee S. Rowland
Office of Melissa J. Davey
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303


This the 8th day of January 2020

                                              **/s/Richard B. Maner**
                                              Richard B. Maner, GA Bar 486588
                                              Attorney for Respondent
                                              180 Interstate N. Parkway Ste 200
                                              Atlanta, GA 30339
                                              404-252-6385 Phone; 404-252-6394 Fax
                                              rmaner@rbmlegal.com