UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| TIFFANY PORCH-POPE, | } | CASE NO. 19-60045-PMB |
| | } | |
| DEBTOR | } | |
| _____ | } | |
| | } | |
| MELISSA J. DAVEY, | } | |
| CHAPTER 13 TRUSTEE, | } | |
| | } | |
| Plaintiff, | } | ADVERSARY PROCEEDING |
| | } | NO. 19-05359-PMB |
| V. | } | |
| | } | |
| CARVANA, LLC, | } | |
| | } | |
| Defendant. | } | |

## CONSENT MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

COMES NOW Melissa J. Davey, Standing Chapter 13 Trustee in the above styled case, and with the consent of the Defendant, hereby moves to voluntary dismiss the pending adversary proceeding against Carvana ("Defendant"), without prejudice.

Respectfully submitted this the 6th day of March, 2020.

| | |
|---|---|
| /s/ | /s/ |
| Delaycee S. Rowland, GA Bar No. 773359 | Richard B. Manor, GA Bar No. 486588 |
| Attorney for the Chapter 13 Trustee | Attorney for Defendant |
| 260 Peachtree Street, Suite 200 | 180 Interstate N Parkway Ste 200 |
| Atlanta, GA 30303 | Atlanta, GA 30339 |
| 678-510-1444 | (404) 252-6385 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| TIFFANY PORCH-POPE, | } | CASE NO. 19-60045-PMB |
| | } | |
| DEBTOR | } | |
| _____ | } | |
| | } | |
| MELISSA J. DAVEY, | } | |
| CHAPTER 13 TRUSTEE, | } | |
| | } | |
| Plaintiff, | } | ADVERSARY PROCEEDING |
| | } | NO. 19-05359-PMB |
| V. | } | |
| | } | |
| CARVANA, LLC, | } | |
| | } | |
| Defendant. | } | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the CONSENT MOTION FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING in the above referenced Adversary Proceeding by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon:

DEFENDANT:

Carvana LLC
PO Box 29018
Phoenix, AZ 85038

Carvana, LLC
1026 Marietta St NW
Atlanta, GA 30318

Carvana, LLC
Registered Agent: Corporation Service Company
40 Technology Parkway South Ste 300
Norcross, GA 30092

ATTORNEY FOR DEFENDANT;

Richard B. Maner
180 Interstate N Parkway Ste 200
Atlanta, GA 30339

ADDITIONAL NOTICE ADDRESSES:

Carvana, LLC
Registered Agent: Corporation Service Company
1930 W. Rio Salado Pwky
Tempe, AZ 85281

Ritchie Pierce, Bridgecrest Specialist
Bridgecrest Credit Company, LLC
P.O Box 29018
Phoenix, AZ 85038

Lilly Guzman, Bankruptcy Specialist
Carvana, LLC
P.O Box 29018
Phoenix, AZ 85038

DEBTOR:

Tiffany Porch-Pope
7480 Parkland Bnd
Fairburn, GA 30213

DEBTOR'S ATTORNEY:

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

This 6th day of March, 2020.

/s/
Delaycee S. Rowland, GA Bar No. 773359
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444